# Appendix A

List of Materials Relied Upon

US Patent No. 10,063,378

Enck, William, Peter Gilbert, Seungyeop Han, Vasant Tendulkar, Byung-Gon Chun, Landon P. Cox, Jaeyeon Jung, Patrick McDaniel, and Anmol N. Sheth. "Taintdroid: an information-flow tracking system for realtime privacy monitoring on smartphones." ACM Transactions on Computer Systems (TOCS) 32, no. 2 (2014): 1-29.

Paul D. Martin, Michael Rushanan, Matthew Green, Stephen Checkoway, Rubin, Aviel D. "Classifying Network Protocol Implementation Versions: An OpenSSL Case Study." (2013).

Shmueli, Erez, Ronen Vaisenberg, Yuval Elovici, and Chanan Glezer. "Database encryption: an overview of contemporary challenges and design considerations." ACM SIGMOD Record 38, no. 3 (2010): 29-34.

Sesay, Samba, Zongkai Yang, Jingwen Chen, and Du Xu. "A secure database encryption scheme." In Second IEEE Consumer Communications and Networking Conference, 2005. CCNC. 2005, pp. 49-53. IEEE, 2005.

Dierks, Tim, and Eric Rescorla. The transport layer security (TLS) protocol version 1.2. No. rfc5246. 2008.

Scoping, S. I. G., and Tokenization Taskforce. "Information supplement: Pci dss tokenization guidelines." Standard: PCI Data Security Standard (PCI DSS) 24 (2011).

Zhou, Yajin, Xinwen Zhang, Xuxian Jiang, and Vincent W. Freeh. "Taming information-stealing smartphone applications (on android)." In Trust and Trustworthy Computing: 4th International Conference, TRUST 2011, Pittsburgh, PA, USA, June 22-24, 2011. Proceedings 4, pp. 93-107. Springer Berlin Heidelberg, 2011.

Eisenhaur, Gerry, Michael N. Gagnon, Tufan Demir, and Neil Daswani. "Mobile Malware Madness, and How to Cap the Mad Hatters. A Preliminary Look at Mitigating Mobile Malware." Black Hat USA (BH-US) (2011).