```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE NIELSEN COMPANY (US), LLC,

                            Plaintiff,                23-CV-01581 (VSB)(SN)

            -against-                                 ORDER

TVSQUARED LTD,

                            Defendant.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

On July 6, 2023, the Honorable Vernon S. Broderick referred this matter to my docket to resolve the parties' ongoing discovery dispute over the scope of a prosecution bar. ECF No. 124. Accordingly, a conference to discuss this dispute is scheduled for Monday, August 28, 2023, at 10:00 a.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties shall be prepared to discuss their proposed prosecution bars as well as the information designed to trigger the bar, the scope of activities prohibited by the bar, and the duration of the bar.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    August 23, 2023
          New York, New York