**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

THE NIELSEN COMPANY (US), LLC,

                                        **Plaintiff,**

                    -against-

TVSQUARED LTD.,

                                        **Defendant.**
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2024

**23-CV-01581 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

> Plaintiff requests that the Court compel Defendant to produce non-privileged documents and to supplement its response to Interrogatory No. 12. Defendant responds that it has "agreed to produce (and continues to produce) responsive documents and agreed to respond to Nielsen's improper contention interrogatory at the close of fact discovery." ECF No. 146. Defendant asserts that its ongoing document production moots Plaintiff's request. In light of Defendant's representations regarding ongoing production, it is unclear that Court intervention remains necessary. Similarly, given the parties' recent filing to the District Judge – proposing a deadline of March 8, 2024, to serve any interrogatories or requests to admit, and an April 8, 2024 deadline to complete fact discovery – it is unclear whether there remains a dispute as to when Defendant will respond to Interrogatory No. 12.

> To the extent disputes persist, the parties shall appear by telephone on Wednesday, January 31, 2024, at 2:00 p.m. At that time, the parties shall call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If the parties no longer believe judicial intervention is necessary, they shall notify the Court and the conference will be adjourned.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 156.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        January 29, 2024
             New York, New York