**KELLEY DRYE**
A LIMITED LIAB

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  4/15/2024

April 12, 2024

The Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *The Nielsen Company (US), LLC v. TVSquared Ltd.*, C.A. No. 1:23-cv-01581-VSB-SN

Dear Judge Broderick:

Plaintiff The Nielsen Company (US), LLC, ("Nielsen") and Defendant TV Squared Ltd. ("TVSquared") respectfully submit this joint letter-motion pursuant to Your Honor's Individual Rules & Practices in Civil Cases to request that the Court stay this case for ninety (90) days and to extend all deadlines in the Scheduling Order as shown below. The parties agree that the stay will apply to all interim deadlines, including the service of and responses and objections to written discovery. This is the parties' first request to stay the case, and fourth request for an extension of time. *See* Dkt. 135, 159, 171. The court granted the previous three requests. Dkt. 137-138, 160-161, 172-173. In support of this letter-motion, the parties provide the following specific reasons for the stay and extension requests:

The parties held a settlement conference on March 13. The parties have made progress in working towards a settlement, and remain hopeful that further discussions will lead to a mutually agreeable resolution to this lawsuit. The parties seek to continue their negotiations without incurring the substantial costs associated with the impending close of fact discovery and deadlines for expert reports.

A list of existing deadlines and proposed adjusted deadlines is included below. A proposed order reflecting these revised dates is attached hereto as Exhibit A.

| ITEM | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Deadline to serve any interrogatories or requests for admission | April 24, 2024 | August 30, 2024 |
| Close of fact discovery | May 24, 2024 | September 30, 2024 |
| Opening expert reports by party with burden of proof | June 19, 2024 | November 15, 2024 |
| Responsive expert reports by party without burden of proof | August 2, 2024 | December 20, 2024 |
| Close of expert discovery | September 6, 2024 | February 7, 2025 |
| Joint letter to court regarding dispositive motions | September 17, 2024 | February 21, 2025 |
| Telephonic post-discovery teleconference | October 1, 2024 | March 7, 2025 |

**KELLEY DRYE & WARREN LLP**

333 West Wacker Drive, Suite 2600 | Chicago, IL 60606 | (312) 857-7070

4853-4831-8134V.2

April 12, 2024
Page 2

Respectfully submitted,

| /s/ *Jason P. Greenhut* | /s/ *Richard G. Frenkel* |

Steven Yovits
Constantine Koutsoubas
Douglas Lewis
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070
syovits@kelleydrye.com
ckoutsoubas@kelleydrye.com
dlewis@kelleydrye.com

Scott W. Doyle
KELLEY DRYE & WARREN LLP
3050 K Street NW, Suite 400
Washington, DC 20007
Tel: (202) 342-8845
sdoyle@kelleydrye.com

Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
ckatz@kelleydrye.com
dlindenbaum@kelleydrye.com

Attorneys for Plaintiff
The Nielsen Company (US), LLC

Richard G. Frenkel (*admitted pro hac vice*)
Chaarushena Deb (*admitted pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600
rick.frenkel@lw.com
chaaru.deb@lw.com

Patricia Young
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
patricia.young@lw.com

Gabriel K. Bell (*admitted pro hac vice*)
Diane E. Ghrist (*admitted pro hac vice*)
Ashley N. Finger
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
gabriel.bell@lw.com
diane.ghrist@lw.com
ashley.finger@lw.com

*Attorneys for Defendant*
*TV Squared Ltd.*