**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

October 22, 2024

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

Date: October 23, 2024

The Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *The Nielsen Company (US), LLC v. TVSquared Ltd.*, C.A. No. 1:23-cv-01581-VSB-SN

Dear Judge Broderick:

Plaintiff The Nielsen Company (US), LLC, ("Nielsen") and Defendant TV Squared Ltd. ("TVSquared") respectfully submit this joint letter-motion pursuant to Your Honor's Individual Rules & Practices in Civil Cases to request to extend the stay in this case for an additional eighty (80) days, and to extend all deadlines in the Scheduling Order as shown below. The parties agree that the stay will apply to all interim deadlines, including the service of and responses and objections to written discovery. This is the parties' second request to extend an existing stay in the case, and sixth request for an extension of time. *See* Dkt. 135, 159, 171, 186, 191. The court granted the previous five requests. Dkt. 137-138, 160-161, 172-173, 189-190. In support of this letter-motion, the parties provide the following specific reasons for the stay and extension requests:

The parties are continuing to work towards a mutually agreeable resolution to this lawsuit. Nielsen and TVSquared have exchanged a draft Letter of Intent regarding possible terms, with specific milestone dates included in the letter to assist in progressing towards an agreement. While the parties are diligently working to progress towards a resolution, including technical proof-of-concept work, the parties currently do not have sufficient time to complete their technical work and continue their negotiations without incurring substantial costs associated with the close of fact discovery and expert reports. The parties therefore request that the Court extend the existing stay in the case for an additional 80 days, and further permit the parties to extend all remaining deadlines by approximately 80 days to allow for additional time to hold further discussions in lieu of incurring further costs associated with the litigation.

A list of existing deadlines in the procedural schedule, along with the proposed adjusted deadlines, is included below. A proposed order reflecting these revised dates is attached hereto as Exhibit A.

| ITEM | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline to serve any interrogatories or requests for admission | January 10, 2025 | April 1, 2025 |
| Close of fact discovery | February 10, 2025 | May 2, 2025 |
| Opening expert reports by party with burden of proof | March 28, 2025 | June 17, 2025 |
| Responsive expert reports by party without burden of proof | May 2, 2025 | July 22, 2025 |

**KELLEY DRYE & WARREN LLP**

333 West Wacker Drive, Suite 2600 | Chicago, IL 60606 | (312) 857-7070

October 22, 2024
Page 2

| ITEM | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Close of expert discovery | June 20, 2025 | September 9, 2025 |
| Joint letter to court regarding dispositive motions | July 11, 2025 | September 30, 2025 |
| Telephonic post-discovery teleconference | July 25, 2025 | October 14, 2025 |

Respectfully submitted,

/s/  Steven Yovits
Steven Yovits
Constantine Koutsoubas
Douglas Lewis
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070
syovits@kelleydrye.com
ckoutsoubas@kelleydrye.com
dlewis@kelleydrye.com

Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
ckatz@kelleydrye.com


Attorneys for Plaintiff
The Nielsen Company (US), LLC

/s/  Richard G. Frenkel

Richard G. Frenkel (*admitted pro hac vice*)
Chaarushena Deb (*admitted pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600
rick.frenkel@lw.com
chaaru.deb@lw.com

Patricia Young
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
patricia.young@lw.com

Gabriel K. Bell (*admitted pro hac vice*)
Diane E. Ghrist (*admitted pro hac vice*)
Ashley N. Finger
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
gabriel.bell@lw.com
diane.ghrist@lw.com
ashley.finger@lw.com

*Attorneys for Defendant*
*TV Squared Ltd.*

**KELLEY DRYE & WARREN LLP**
333 West Wacker Drive, Suite 2600 | Chicago, IL 60606 | (312) 857-7070