**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 1/30/2026

January 29, 2026

The Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *The Nielsen Company (US), LLC v. TVSquared Ltd.*, C.A. No. 1:23-cv-01581-VSB-SN

Dear Judge Broderick:

      Plaintiff The Nielsen Company (US), LLC, ("Nielsen") and Defendant TV Squared Ltd. ("TVSquared") respectfully submit this joint letter-motion pursuant to Your Honor's Individual Rules & Practices in Civil Cases to request that the Court stay this case for an additional 29 days, through and including March 6, 2026, and to extend all deadlines in the Scheduling Order as shown below. The parties agree that the stay will apply to all interim deadlines, including the service of and responses and objections to written discovery. This is the parties' eighth request to stay the case, and twelfth request for an extension of time. *See* Dkt. 135, 159, 171, 186, 191, 202, 207, 212, 217. The court granted the previous eleven requests for an extension of time. Dkt. 137-138, 160-161, 172-173, 189-90, 203, 208-209, 213-14, 218. In support of this letter-motion, the parties provide the following specific reasons for the stay and extension requests:

      The parties have now made substantial progress toward a mutually agreeable resolution to this lawsuit. Due to the complexity of the issues, the parties currently do not have sufficient time to continue their negotiations without incurring substantial costs associated with the close of fact discovery and expert reports. The parties therefore request that the Court extend the existing stay in the case for an additional 29 days, and further permit the parties to extend all remaining deadlines by approximately 29 days to allow for additional time to hold further discussions in lieu of incurring further costs associated with the litigation.

      A list of existing deadlines and proposed adjusted deadlines is included below.[1] A proposed order reflecting these revised dates is attached hereto as Exhibit A.

| ITEM | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline to serve any interrogatories or requests for admission | April 6, 2026 | May 6, 2026 |
| Close of fact discovery | June 5, 2026 | July 3, 2026 |
| Opening expert reports by party with burden of proof | July 17, 2026 | August 17, 2026 |
| Responsive expert reports by party without burden of proof | August 28, 2026 | September 25, 2026 |

---

[1] In the event the parties are unable to resolve the case, Nielsen intends to ask the court to extend these deadlines further to give the parties more time to complete discovery. Nielsen has agreed to the proposed dates in this letter only to avoid a dispute that could unduly burden the court while the parties engage in good faith settlement discussions.

**KELLEY DRYE & WARREN LLP**
333 West Wacker Drive, Suite 2600 | Chicago, IL 60606 | (312) 857-7070

January 29, 2026
Page 2

| ITEM | CURRENT DATE | PROPOSED DATE |
|---|---|---|
|  |  |  |
| Close of expert discovery | September 18, 2026 | October 19, 2026 |
| Joint letter to court regarding dispositive motions | October 15, 2026 | November 16, 2026 |
| Telephonic post-discovery teleconference | October 22, 2026 | November 23, 2026 |

Respectfully submitted,

/s/ Jason P. Greenhut

Steven Yovits
Douglas Lewis
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070
syovits@kelleydrye.com
dlewis@kelleydrye.com
jgreenhut@kelleydrye.com

Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center

/s/ Richard G. Frenkel

Richard G. Frenkel (*admitted pro hac vice*)
Chaarushena Deb (*admitted pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600
rick.frenkel@lw.com
chaaru.deb@lw.com

Patricia Young
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

This action is stayed until March 7, 2026. The Court endorses the proposed schedule.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: January 30, 2026
    New York, New York

Fax: (202) 637-2201
gabriel.bell@lw.com
ashley.finger@lw.com

*Attorneys for Defendant
TV Squared Ltd.*

**KELLEY DRYE & WARREN LLP**
333 West Wacker Drive, Suite 2600 | Chicago, IL 60606 | (312) 857-7070